UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSIE SAMUEL RUFUS BENFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19cv550 SNLJ |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM and ORDER

Plaintiff, acting *pro se*, filed a memorandum to the clerk, docketed as "motion for subpoena" [#35], and stating that he "motions this Honorable Court to subpoena phone records of plaintiff from phone company T Mobile (Metro PC) for court purposes. 3 subpoenas." He then attached a blank subpoena.

Although plaintiff may ask the Clerk's Office to sign and serve his subpoenas for him, plaintiff must send the Clerk subpoenas that have already been filled out with the necessary information—including service information for the subpoena, the address at which any production of documents should be made, and a concise description of the records sought. Plaintiff is advised that he should call the Clerk's Office with any questions regarding this procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for subpoena is DENIED.

Dated this   8th  day of July, 2020.

                                        STEPHEN N. LIMBAUGH, JR.
                                      UNITED STATES DISTRICT JUDGE